■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL WASHINGTON, Appellant. [772 NYS2d 585]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered August 29, 2001, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

A review of the record as a whole reveals that the defendant received effective assistance of counsel (*see Strickland v Washington,* 466 US 668, 692 [1984]; *People v Benevento,* 91 NY2d 708, 712 [1998]; *People v Rivera,* 71 NY2d 705 [1988]). S. Miller, J.P., Luciano, Adams and Cozier, JJ., concur.